| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bio365 LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1780 Industrial Drive, LP<br>Attn: Susan E. Lowenberg<br>Lowenberg Corporation<br>235 Montgomery Street, Suite 800<br>San Francisco, CA 94104 | | Lease | | | | $52,961.00 |
| A. Duie Pyle, Inc.<br>PO Box 564<br>West Chester, PA 19381 | | Trade Debt | | | | $41,176.17 |
| Agra Marketing<br>1170 E Lassen Ave, Ste B<br>Chico, CA 95973 | | Trade Debt | Disputed | | | $30,952.00 |
| Bottom Line Concepts LLC<br>3323 NE 163rd Street<br>Suite 302<br>North Miami Beach, FL 33160 | | Trade Debt | | | | $102,160.12 |
| Cayuga Ag Enterprises, Inc.<br>4254 West Seneca Road<br>Trumansburg, NY 14886 | | Trade Debt | | | | $52,110.30 |
| City National Bank (CNB Visa)<br>PO Box 54830<br>Los Angeles, CA 90054 | | Credit card purchases | | | | $75,627.16 |

| Debtor | Bio365 LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| D. Yaman Properties, LLC<br>Attn: David Yaman<br>165 Main Street, Suite 1<br>Cortland, NY 13045 | | Lease | | | | $35,147.00 |
| Farnam Street Financial, Inc.<br>5850 Opus Parkway, Suite 240<br>Minnetonka, MN 55343 | | Equipment | | | | $52,531.25 |
| Global Tranz<br>PO Box 203285<br>Dallas, TX 75320-3285 | | Trade Debt | | | | $179,093.40 |
| Griffin (for bio365)<br>PO Box 712937<br>Philadelphia, PA 19171-2937 | | Trade Debt | | | | $65,053.03 |
| J.B. Hunt Transport, Inc.<br>PO Box 98545<br>Chicago, IL 60693-8545 | | Trade Debt | | | | $98,610.13 |
| JEC Industrial Services<br>156 Clayton Ave<br>Stockton, CA 95206 | | Trade Debt | | | | $35,312.00 |
| Kalamata Capital LLC<br>7315 Wisconsin Avenue, Suite 950 East<br>Bethesda, MD 20814 | | Loan | Disputed | | | $133,974.00 |
| ProAmpac<br>Attn: John Kuderka<br>25366 Network Place<br>Chicago, IL 60673-1253 | | Trade Debt | | | | $37,063.68 |
| Prosource Plus LLC<br>24 Cayuga Ave<br>Oakland, NJ 07436 | | Trade Debt | | | | $215,380.00 |
| Sunterra Horticulture Inc<br>124 Bannister Road<br>Winnipeg, MB R2R 0S3 | | Trade Debt | | | | $77,600.00 |

| Debtor | Bio365 LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Theriault & Hachey Peat Moss Ltd<br>201 Ch Theriault-Hache<br>'Baie Sainte-Anne, NB E9A 1N7 | | Trade Debt | | | | $43,980.70 |
| Van der Knaap USA<br>Attn: Walka Calderon<br>150 Acquistapace Road<br>Hollister, CA 95023 | | Trade Debt | | | | $324,745.31 |
| Westwood Funding Solutions LLC<br>4601 Sheridan Street, Suite 501<br>Hollywood, FL 33021 | | Loan | Disputed | | | $482,200.00 |
| XPO Logistics, Inc.<br>29559 Network Place<br>Chicago, IL 60673-1277 | | Trade Debt | | | | $87,005.76 |