CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm.05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Christina.Goebelsmann@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re | Case No. 23-10180 |
| | Chapter 11 |
| BIO365 LLC, | |
| Debtor. | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

> Christopher Hayes
> 23 Railroad Avenue, #1238
> Danville, CA 94526
> Phone: (925) 854-2311
> Email: chayestrustee@gmail.com

Dated: April 14, 2023                TRACY HOPE DAVIS
                                     UNITED STATES TRUSTEE


                                     /s/ Christina L. Goebelsmann
                                     Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

IN RE:                                                    CASE NO. 23-10180

BIO365 LLC,                                          CHAPTER 11

Debtor(s)

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $440.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: April 14, 2023                                        */s/ Christopher Hayes*
                                                                    Christopher Hayes

1