United States Bankruptcy Court

Northern District of California

In re:  Case No. 23-10180-WJL
Bio365 LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1      User: admin      Page 1 of 4
Date Rcvd: Apr 12, 2023      Form ID: 309F2      Total Noticed: 133

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bio365 LLC, 122 Calistoga Road, Suite 613, Santa Rosa, CA 95409-3702 |
| 15492570 | + | 1780 Industrial Drive, LP, Attn: Susan E. Lowenberg, Lowenberg Corporation, 235 Montgomery Street, Suite 800, San Francisco, CA 94104-2911 |
| 15492571 | + | 3G Packaging Inc., PO Box 17839, Rochester, NY 14617-0839 |
| 15492572 | + | A&L Laboratories, 1311 Woodland Ave., Suite 1, Modesto, CA 95351-1221 |
| 15492573 | | A-Verdi, 14150 Rte 31, Savannah, NY 13146 |
| 15492574 | + | A. Duie Pyle, Inc., PO Box 564, West Chester, PA 19381-0564 |
| 15492584 | + | ATS Logistics, LBX 7130, Box 1450, Minneapolis, MN 55485-1450 |
| 15492575 | + | Absolutely Clean, Joseph Hicks, 6 East Ave, Cortland, NY 13045-2807 |
| 15492576 | | Acme Distribution, PO Box 17729, Denver, CO 80217-0729 |
| 15492577 | + | AgDirect/Farm Credit Leasing Service, NW 9675, Minneapolis, MN 55485-0001 |
| 15492578 | | AgDirect/Farm Credit Leasing Services, PO Box 2409, Omaha, NE 68103-2409 |
| 15492579 | + | Agra Marketing, 1170 E Lassen Ave, Ste B, Chico, CA 95973-0812 |
| 15492580 | + | Airgas East, PO Box 734445, Chicago, IL 60673-4445 |
| 15492582 | | ArcBest, 7020 Northern Blvd., East Syracuse, NY 13057-9728 |
| 15492585 | + | Bay Alarm Co., PO Box 51041, Los Angeles, CA 90051-5341 |
| 15492586 | | Binghamton-Ithaca Express, 287 E Service Road, Binghamton, NY 13901 |
| 15492587 | + | Bottom Line Concepts LLC, 3323 NE 163rd Street, Suite 302, North Miami Beach, FL 33160-5596 |
| 15492588 | + | Bouldin & Lawson, PO Box 7177, McMinnville, TN 37111-7177 |
| 15492589 | + | Bush Crane, Inc., 13 Marshall Heights, Morrisville, NY 13408-1147 |
| 15492594 | | Casella Waste Systems Inc, PO Box 1372, Williston, VT 05495-1372 |
| 15492595 | + | Cayuga Ag Enterprises, Inc., 4254 West Seneca Road, Trumansburg, NY 14886-9510 |
| 15492596 | + | Century Heating and Cooling, 220 Boss Road, Syracuse, NY 13211-2202 |
| 15492597 | + | City National Bank (CNB Visa), PO Box 54830, Los Angeles, CA 90054-0830 |
| 15492598 | + | Collins Electrical Company, Inc., Jodee Moore, 3412 Metro Drive, Stockton, CA 95215-9440 |
| 15492599 | + | Cortland Commerce Center, LLC, 165 Main Street, Suite 101, Cortland, NY 13045-3049 |
| 15492600 | + | Coyote Logistics LLC, PO Box 742636, Atlanta, GA 30374-2636 |
| 15492601 | + | D. Yaman Properties, LLC, Attn: David Yaman, 165 Main Street, Suite 1, Cortland, NY 13045-3079 |
| 15492603 | + | Dicaperl, 1001 Conshohocken State Road, Ste. 1-500, West Conshohocken, PA 19428-2906 |
| 15492604 | + | Direct Transport, Inc, PO Box 870, Wilsonville, OR 97070-0870 |
| 15492605 | + | Dival Safety Equipment, Inc., 1721 Niagara St., Buffalo, NY 14207-3188 |
| 15492606 | + | Drake Heating, 437 Maple Street, Big Flats, NY 14814-9701 |
| 15492607 | + | E & V Energy, 1126 W Danby Rd, Newfield, NY 14867-9052 |
| 15492608 | + | ECU Trucking, Attn: Julio Milan, PO Box 227037, Miami, FL 33222-7037 |
| 15492609 | | Expeditors, PO Box 2279, Portland, OR 97208-2279 |
| 15492610 | + | Express Shipping Room Supply, Box 11071, Franklin Square Station, Syracuse, NY 13218-1071 |
| 15492611 | + | Fahy-Williams Publishing, 171 Reed Street, Geneva, NY 14456-2137 |
| 15492612 | + | Farnam Street Financial, Inc., 5850 Opus Parkway, Suite 240, Minnetonka, MN 55343-9687 |
| 15492613 | + | First Insurance Funding, PO BOX 7000, Carol Stream, IL 60197-7000 |
| 15492614 | + | Fountainhead SBF LLC, 3216 West Lake Mary Blvd., Lake Mary, FL 32746-3491 |
| 15492615 | + | Full Circle Biochar, Inc., 3135 Pacific Avenue, San Francisco, CA 94115-1033 |

| | | |
|---|---|---|
| 15492616 | + | Gardenscape, PO Box 184, Eau Claire, PA 16030-0184 |
| 15492617 | + | Gerhart Systems and Controls Corp., P.O Box 580, Tatamy, PA 18085-0580 |
| 15492618 | + | Global Pak, PO Box 89, Elkton, OH 44415-0089 |
| 15492619 | | Global Tranz, PO Box 203285, Dallas, TX 75320-3285 |
| 15492620 | | Grainger, Dept. 887233810, Palatine, IL 60038-0001 |
| 15492622 | | Griffin (for GreenTree), PO Box 712937, Philadelphia, PA 19171-2937 |
| 15492621 | | Griffin (for bio365), PO Box 712937, Philadelphia, PA 19171-2937 |
| 15492623 | + | Hallam Engineering LLP, 38 Eastwood Drive, Suite 200, South Burlington, VT 05403-4403 |
| 15492624 | + | Hawthorne Gardening Co., DMTA, PO Box 200054, Dallas, TX 75320-0054 |
| 15492625 | | Helena Chemical, P.O. Box 198153, Atlanta, GA 30384-8153 |
| 15492626 | + | Holt of California, PO Box 100001, Sacramento, CA 95813-1306 |
| 15492627 | + | Homer Iron Works LLC, 5130 US Route 11, Homer, NY 13077-9528 |
| 15492628 | | Hydro Farm, PO Box 102326, Pasadena, CA 91189-2326 |
| 15492630 | | IPM Labs- Greentree, 980 Main Street, P.O. Box 300, Locke, NY 13092-0300 |
| 15492631 | + | Irrometer Company, Inc., Jason Andrews, 1425 Palmyrita Ave, Riverside, CA 92507-1600 |
| 15492633 | + | JEC Industrial Services, 156 Clayton Ave, Stockton, CA 95206-3754 |
| 15492634 | + | Juniper Farms, PO Box 711716, Cincinnati, OH 45271-1716 |
| 15492637 | + | Kimble, Inc., 1004 Sullivan Street, Elmira, NY 14901-1692 |
| 15492638 | + | Klasmann-Deilmann, Klasmann-Deilmann Americas Inc., 350 S. Miami Ave. - Unite 3706, Miami, FL 33130-1936 |
| 15492640 | # | Land Air Express, PO Box 503, Williston, VT 05495-0503 |
| 15492641 | | Landstar Ranger, Inc., P.O. Box 784293, Philadelphia, PA 19178-4293 |
| 15492642 | + | Lhoist, 5230 Paysphere Circle, Chicago, IL 60674-0001 |
| 15492643 | | Linde Gas and Equipment Inc., P.O Box 382000, Pittsburgh, PA 15250-8000 |
| 15492644 | + | Loewenberg Corporation (CAM), 235 Montgomery Street, Suite 800, San Francisco, CA 94104-2911 |
| 15492645 | + | Mancini-Ferrara & Sons, 134 Ithaca Beer Dr., Ithaca, NY 14850-8813 |
| 15492646 | + | Maximum Security Systems, 106 Ridgehaven Drive, Vestal, NY 13850-2641 |
| 15492647 | + | Michelli Measurement Group, Inc., 130 Brookhollow Esplanade, Harahan, LA 70123-5102 |
| 15492652 | | NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12226 |
| 15492656 | | NYSIF Disability Benefits, PO Box 5239, New York, NY 10008-5239 |
| 15492657 | | NYSIF Workers' Compensation, PO Box 5519, Binghamton, NY 13902-5519 |
| 15492650 | + | NorCal Perlite, Attn: Justin Clarke, 2605 Goodrick Ave, Richmond, CA 94801-1107 |
| 15492651 | + | Northview Capital LLC, 2516 Waukegan Road, Suite 385, Glenview, IL 60025-1774 |
| 15492659 | + | OSHA, Syracuse Area Office, 3300 Vickery Road, Syracuse, NY 13212-4531 |
| 15492658 | | Orkin, P O BOX 7161, PASADENA, CA 91109-7161 |
| 15492661 | + | Performance, 3095 Humphrey Court, Turlock, CA 95380-8506 |
| 15492662 | + | Premier TECH, 1881 West North Temple, Salt Lake City, UT 84116-3044 |
| 15492663 | | ProAmpac, Attn: John Kuderka, 25366 Network Place, Chicago, IL 60673-1253 |
| 15492664 | + | Prosource Plus LLC, 24 Cayuga Ave, Oakland, NJ 07436-4026 |
| 15492665 | + | Rist Transport, LTD, 369 Bostwick Rd, Phelps, NY 14532-9309 |
| 15492666 | + | S-S Trucking, Socorro Sanchez, 729 Hammer Hill Dr, Newman, CA 95360-9506 |
| 15492667 | + | San Juan County, Assessor - Recorder - County Clerk, 44 N. San Joaquin Street, Suite 230, Stockton, CA 95202-2924 |
| 15492668 | + | Secretary of State, State of California, 1500 - 11th Street, Sacramento, CA 95814-5701 |
| 15492669 | | Skyworks, PO Box 74404, Cleveland, OH 44194-0504 |
| 15492671 | | Spectrum, Charter Communications, PO Box 6030, Carol Stream, IL 60197-6030 |
| 15492672 | + | Spring Regulatory Sciences, 6620 Cypresswood Dr, Ste 250, Spring, TX 77379-7747 |
| 15492674 | + | Summit Landscape & Const., Attn: Joseph Gale, 4203 Carr Hill Rd, Cortland, NY 13045-9716 |
| 15492675 | | Sunterra Horticulture Inc, 124 Bannister Road, Winnipeg, MB R2R 0S3 |
| 15492676 | + | Sweeney's Pest Elimination, PO Box 119, Homer, NY 13077-0119 |
| 15492677 | + | Thats Right Environmental Service, PO Box 5252, Modesto, CA 95352-5252 |
| 15492678 | + | The James B. Oswald Company, PO Box 74784, Cleveland, OH 44194-0002 |
| 15492679 | + | The Pallet Shop, PO Box 2827, Binghamton, NY 13902-2827 |
| 15492680 | | Theriault & Hachey Peat Moss Ltd, 201 Ch Theriault-Hache, 'Baie Sainte-Anne, NB E9A 1N7 |
| 15492681 | + | Thompson & Johnson Equipment Co., 6926 Fly Road, East Syracuse, NY 13057-9353 |
| 15492682 | + | Town of Ithaca Water, PO Box 7143, Ithaca, NY 14851-7143 |
| 15492683 | | Toyota Industries Commercial Finance, PO Box 660926, Dallas, TX 75266-0926 |
| 15492687 | | UPS, PO Box 809488, Chicago, IL 60680-9488 |
| 15492685 | | United Health Care, UHS Premium Billing, PO Box 94017, Palatine, IL 60094-4017 |
| 15492686 | | United Rentals, PO Box 100711, Atlanta, GA 30384-0711 |
| 15492688 | + | Valley View Fabication & Machine, 4272 Lamphier Road, Locke, NY 13092-3362 |
| 15492689 | + | Van der Knaap USA, Attn: Walka Calderon, 150 Acquistapace Road, Hollister, CA 95023-9350 |
| 15492690 | + | Van der Knapp USA, Attn: Walka Calderon, 101 Cornerstone Place, Whitehall, PA 18052-4160 |
| 15492691 | + | Vonage, PO Box 392415, Pittsburgh, PA 15251-9415 |
| 15492696 | + | WM Corporate Services, Inc., Attn: Payment Agent, PO Box 541065, Los Angeles, CA 90054-1065 |

| | | |
|---|---|---|
| 15492692 | + | Watt's Equipment Co., Inc., 17547 Comconex Rd, Manteca, CA 95336-8105 |
| 15492693 | | Wells Fargo Equipment Finance, PO Box 77096, Minneapolis, MN 55480-7796 |
| 15492695 | + | Westwood Funding Solutions LLC, 4601 Sheridan Street, Suite 501, Hollywood, FL 33021-3435 |
| 15492697 | | XPO Logistics, Inc., 29559 Network Place, Chicago, IL 60673-1277 |
| 15492698 | + | Yunis Realty Inc., Attn: Mary Jo Yunis, 250 Troy Road, Ithaca, NY 14850-9473 |

TOTAL: 108

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kmorse@clarkhill.com | Apr 12 2023 23:42:00 | Kevin Harvey Morse, Clark Hill PLC, 130 E. Randolph St., Chicago, IL 60601 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 12 2023 23:42:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 12 2023 23:42:00 | CA Franchise Tax Board, Bankruptcy Group, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2023 23:42:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Apr 12 2023 23:42:00 | Office of the U.S. Trustee / SR, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15492583 | + | Email/Text: g17768@att.com | Apr 12 2023 23:42:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15492581 | | Email/Text: pconaty@ritehite.com | Apr 12 2023 23:42:00 | Arbon Equipment Corporation, 25464 Network Place, Chicago, IL 60673-1254 |
| 15492590 | | Email/Text: Bankruptcies@chrobinson.com | Apr 12 2023 23:42:00 | C. H. Robinson Worldwide, Inc., P.O. Box 9121, Minneapolis, MN 55480-9121 |
| 15492591 | + | Email/Text: USCBNotices@cdtfa.ca.gov | Apr 12 2023 23:42:00 | CA Dept of Tax & Fee Administration, Account Information Group, MIC 29, P.O. Box 942879, Sacramento, CA 94279-0001 |
| 15492592 | + | Email/Text: itcdbg@edd.ca.gov | Apr 12 2023 23:42:00 | CA Employment Development Dept, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 15492593 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 12 2023 23:42:00 | CA Franchise Tax Board, Bankruptcy Section, MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15492602 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Apr 12 2023 23:42:00 | De Lage Landen Financial Services, PO Box 41602, Philadelphia, PA 19101-1602 |
| 15492632 | | Email/Text: Erica.Hayes@jbhunt.com | Apr 12 2023 23:42:00 | J.B. Hunt Transport, Inc., PO Box 98545, Chicago, IL 60693-8545 |
| 15492635 | + | Email/Text: notices@kalamatacapitalgroup.com | Apr 12 2023 23:42:00 | Kalamata Capital, 80 Broad Street, Suite 1210, New York, NY 10004-2800 |
| 15492636 | + | Email/Text: notices@kalamatacapitalgroup.com | Apr 12 2023 23:42:00 | Kalamata Capital LLC, 7315 Wisconsin Avenue, Suite 950 East, Bethesda, MD 20814-3299 |
| 15492639 | ^ | MEBN | Apr 12 2023 23:37:00 | Labor Commissioner, State of California, 1515 Clay Street, Room 801, Oakland, CA 94612-1463 |
| 15492653 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 12 2023 23:42:00 | NYS Dept of Tax & Finance, POB 5300, Bankruptcy Unit, Albany, NY 12205-0300 |
| 15492654 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 12 2023 23:42:00 | NYS Dept of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |
| 15492655 | | Email/Text: callcenter_bteam@nyseg.com | Apr 12 2023 23:42:00 | NYSEG, PO Box 847812, Boston, MA 02284-7812 |

| Recip ID | | | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15492648 | + | Email/Text: apbankruptcy@nationalgrid.com | Apr 12 2023 23:42:00 | National Grid, 300 Erie Blvd West, Syracuse, NY 13202-4250 |
| 15492649 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Apr 12 2023 23:42:00 | New York City Dept of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| 15492660 | + | Email/Text: PGEBankruptcy@pge.com | Apr 12 2023 23:42:00 | Pacific Gas and Electric, PO BOX 997300, Sacramento, CA 95899-7300 |
| 15492673 | | Email/Text: _Credit&Collections@suburbanpropane.com | Apr 12 2023 23:42:00 | Suburban Propane, PO Box 160, Whippany, NJ 07981-0160 |
| 15492670 | | Email/Text: bankruptcynotices@sba.gov | Apr 12 2023 23:42:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 15492684 | | Email/Text: accounts.receivable@uline.com | Apr 12 2023 23:42:00 | Uline, Attn: Accounts Receivable, PO Box 88741, Chicago, IL 60680-1741 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| tr | | Not Assigned - SR |
| 15492629 | *+ | Internal Revenue Service, Centralized Insolvency Office, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15492699 | *+ | Yunis Realty, Inc., Attn: Mary Jo Yunis, 250 Troy Road, Ithaca, NY 14850-9473 |
| 15492694 | ##+ | Wells Fargo Equipment Finance, 300 Tri-State International, Suite 400, Lincolnshire, IL 60069-4417 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
| --- | --- | --- |
| Date: Apr 14, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Kevin Harvey Morse | on behalf of Debtor Bio365 LLC kmorse@clarkhill.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Bio365 LLC** <br> Name | EIN: | 81–2353850 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 11  4/12/23 |
| Case number: | 23–10180 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bio365 LLC | |
| 2. | **All other names used in the last 8 years** | aka Green Tree Garden Supply LLC | |
| 3. | **Address** | 122 Calistoga Road <br> Suite 613 <br> Santa Rosa, CA 95404 | |
| 4. | **Debtor's attorney** <br> Name and address | Kevin Harvey Morse <br> Clark Hill PLC <br> 130 E. Randolph St. <br> Chicago, IL 60601 | Contact phone 312–985–5556 |
| 5. | **Bankruptcy trustee** <br> Name and address | | Contact phone _____ <br> Email: _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at "https://pacer.uscourts.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 99 South "E" Street <br> Santa Rosa, CA 95404 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br> Contact phone (888) 821–7606 <br> Date: 4/12/23 |

**For more information, see page 2**

| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 5, 2023 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference** Call in number/URL: 1−877−991−8832 Passcode: 4101242 |
|---|---|---|---|
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5. | | |

| 8. | **Proof of claim deadline** For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at **www.canb.uscourts.gov** In the Quick Links section, click on "File an Electronic Proof of Claim." | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):**    6/21/23 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|---|

| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** |
|---|---|---|

| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)        **Notice of Chapter 11 Bankruptcy Case**                page 2