1  KEVIN H. MORSE, State Bar No. 253066
   *kmorse@clarkhill.com*
2  CLARK HILL PLC
   130 E. Randolph Street, Suite 3900
3  Chicago, Illinois 60601
   Telephone: (312) 985-5556
4  Facsimile:  (312) 517-7593

5  Proposed Counsel for Debtor-in-Possession
   BIO365 LLC
6

7              **UNITED STATES BANKRUPTCY COURT**

8            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                    **SANTA ROSA DIVISION**

10  In re                              Case No. 23-10180

11  BIO365 LLC                         Chapter 11

12       Debtor                        **GENERAL NOTES, STATEMENT AND
                                       RESERVATION OF RIGHTS
13                                     REGARDING DEBTOR'S SCHEDULES
                                       AND STATEMENT OF FINANCIAL
14                                     AFFAIRS**

15

16       The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs

17  (the "Statements") filed herewith by bio365 LLC (the "Debtor") in the United States Bankruptcy

18  Court of the Northern District of California, Santa Roas Division (the "Bankruptcy Court"), were

19  prepared pursuant to section 521 of title 11, United States Code (the "Bankruptcy Code") and Rule

20  1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by Debtor's Chief

21  Restructuring Officer, Chief Operating Officer ("COO"), and financial advisors with assistance of

22  the Debtor's bankruptcy counsel.

23       The Debtor treated doing business as entities Green Tree Garden Supply LLC ("Green

24  Tree") and bio365 Cortland T, LLC ("bio365 T"), for all intents and purposes, as a consolidated and

25  disregarded entity with the Debtor. At all times the assets, liabilities, contracts, and leases of the

26  d/b/a entities were not treated as separate and distinct but as though they belonged as a single entity,

27  the Debtor. The Debtor's creditors dealt with the Debtor as a single economic unit and did not rely

28  on their separate identity in extending credit or providing services to the Debtor. The d/b/a entities

served as an instrumentality of the Debtor such that the entities had no separate existence of their own. In sum, the Debtor maintained complete dominion and control of the d/b/a entities, such that all financial information for the d/b/a entities are consolidated into the Debtor's own financials.

On April 20, 2023, one week after the bankruptcy filing, the Debtor's Chief Financial Officer ("CFO") resigned abruptly. The Debtor's CRO, COO, financial advisor, and bankruptcy counsel obtained the information related to the Debtor's assets and liabilities from the Debtor's financial records and Debtor's payroll accounts. Neither the Debtor, its agents, officers, financial advisors, CRO, COO nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data in the Schedules and the Statements herein related to the Debtor, and none of these parties are or may be liable for any loss or injury arising out of or caused in whole or in part by any acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained therein relating to the Debtor. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

The Schedules and Statements have been signed by the CRO. In reviewing and signing the Schedule and Statements, the CRO necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. The CRO has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representation concerning amounts owed to creditors, classification of such amounts, and their addresses.

The Debtor, its CRO, COO, and other professionals have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity of the Debtor's business and operations and resignation of CFO prior to completion of the Schedules and Statements, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available.

Accordingly, the Schedules and the Statements are subject to modification, amendment and supplement as a matter of course at any time before the Debtor's case is closed pursuant to Rule 1009 of the Bankruptcy Rules. Moreover, because the Schedules and the Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and the Statements are complete or accurate.

This General Notes, Statement and Reservation of Rights Regarding Debtor's Schedules and Statements of Financial Affairs is incorporated by reference in, and comprises an integral part of, the Schedules and the Statements, and should be referred to and considered in connection with any review of the Schedules and the Statements.

Debtor name **bio365 LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **23-10180**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ __3,089,781.23_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ __3,089,781.23_

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __218,387.22_

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ __43,663.90_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$ __2,926,751.86_

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b                                                                     $ __3,188,802.98_

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 4 of 42

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **City National Bank** | **Checking** | **6095** | $481,838.92 |
| 3.2. | **Alternatives Federal Credit Union** | **Checking** | **5900** | $23,542.08 |
| 3.3. | **Alternatives Federal Credit Union** | **Savings** | **5900** | $5.00 |
| 3.4. | **Dama Financial** | **Checking** | **6110** | $747.32 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | **Petty Cash** | | | $218.00 |
| 4.2. | **Cash in Drawer** | | | $959.37 |

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 5 of 42

| | | |
|---|---|---:|
| 4.3. | **Undeposited Funds** | $1,624.54 |

| | | |
|---|---|---:|
| 5. | **Total of Part 1.** | $508,935.23 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---:|
| 7.1. | **Rent deposit for manufacturing plant at 4485 Caterpillar Rd., Redding, CA held by Lon M. Tatom & Deena C. Tatom as Trustees of The Tatom 2001 Trust** | $4,725.00 |
| 7.2. | **Equipment lease deposit held by Thompson & Johnson Equipment Co., Inc.** | $10,782.87 |
| 7.3. | **Rent deposit for facility at 1780 Industrial Drive held by 1780 Industrial Drive, LP/Lowenberg Corporation** | $65,000.00 |
| 7.4. | **Equipment lease deposit held by Farnam Street Financial, Inc.** | $232,238.42 |
| 7.5. | **Additional equipment lease deposit held by Farnam Street Financial, Inc.** | $30,337.61 |
| 7.6. | **Landlord reserve held by Northview Capital LLC** | $13,750.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Pre-paid workers' compensation** | $8,545.44 |
| 8.2. | **Pre-paid expenses (insurance & sales tax)** | $7,997.11 |

| | | |
|---|---|---:|
| 9. | **Total of Part 2.** | $373,376.45 |
| | Add lines 7 through 8. Copy the total to line 81. | |

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 6 of 42

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 792,178.85 | - | 21,418.50 = .... | $770,760.35 |
| | | face amount | | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | 139,802.62 | - | 26,538.27 =.... | $113,264.35 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $884,024.70 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | | |
|---|---|---|---|---|---|
| | Name of entity: | % of ownership | | | |
| 15.1. | **Membership interest in Green Tree Garden Supply LLC** | 100 | % | | Unknown |
| 15.2. | **Membership interest in Bio365 Cortland T, LLC** | 100 | % | | Unknown |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Raw materials** | 3/31/23 | $932,875.25 | Cost | $932,875.25 |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 7 of 42

20. **Work in progress**

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Goods available for sale | 3/31/23 | $422,605.08 | Cost | $422,605.08 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | Retail inventory | 3/31/23 | $175,568.29 | Cost | $175,568.29 |
| | Inventory reserve | 3/31/23 | ($270,603.17) | Cost | ($270,603.17 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,323,444.85 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No.  Go to Part 8.
- ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Furniture & fixtures | $7,756.00 | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Office Equipment | $0.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Case: 23-10180　　Doc# 38　　Filed: 04/26/23　　Entered: 04/26/23 19:47:53　　Page 8 of 42

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Vehicles | $0.00 | | Unknown |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Cortland machinery & equipment | $707,410.00 | | Unknown |
| Stockton machinery & equipment | $3,010,873.00 | | Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1780 Industrial Drive, Stockton, CA** | **Lessee** | **$1,007,793.00** | | **Unknown** |
| 55.2.   **606 Elmira Road, Ithaca, NY** | **Lessee** | **$1,094.00** | | **Unknown** |
| 55.3.   **839 Route 13, Cortlandville, NY** | **Lessee** | **$0.00** | | **Unknown** |
| 55.4.   **30 Kellogg Road, Courtland, NY** | **Lessee** | **$273,062.00** | **Cost** | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Patents** | **$4,362,755.00** | | **Unknown** |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Full Circle BioChar license** | **$688,149.00** | | **Unknown** |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

      | | $0.00 |
      |---|---|

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☐ No
      ■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 11 of
42

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $508,935.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $373,376.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $884,024.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,323,444.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,089,781.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,089,781.23 |

| | |
|---|---|
| Debtor name | **bio365 LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **23-10180** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Northview Capital LLC** <br> Creditor's Name <br><br> **2516 Waukegan Road** <br> **Suite 385** <br> **Glenview, IL 60025** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **4/1/2023** <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Loan** <br><br><br><br> **Describe the lien** <br> **UCC Financing Statement** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$218,387.22** | **Unknown** |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$218,387.22**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**CA Dept of Tax & Fee Administration**<br>**Account Information Group, MIC 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,489.61** | **$8,489.61** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NYS Dept of Taxation & Finance**<br>**Bankruptcy Unit - TCD**<br>**Building 8, Room 455**<br>**W.A. Harriman State Campus**<br>**Albany, NY 12227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,901.02** | **$6,901.02** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

31638
Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 14 of 42

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.52 | $598.52 |
|---|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5239**
**New York, NY 10008-5239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/25/2023**

Basis for the claim:
**Employee Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,680.34 | $9,680.34 |
|---|---|---|---|---|

**NYSIF Workers' Compensation**
**PO Box 5519**
**Binghamton, NY 13902-5519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/25/2023**

Basis for the claim:
**Employee Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,118.85 | $1,118.85 |
|---|---|---|---|---|

**OSHA**
**Syracuse Area Office**
**3300 Vickery Road**
**Syracuse, NY 13212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/23**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,875.56 | $16,875.56 |
|---|---|---|---|---|

**United Health Care**
**UHS Premium Billing**
**PO Box 94017**
**Palatine, IL 60094-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2023**

Basis for the claim:
**Employee Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,165.70 |
|---|---|---|---|

**3G Packaging Inc.**
**PO Box 17839**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2021**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,225.00 |
|---|---|---|---|

**A&L Laboratories**
**1311 Woodland Ave.**
**Suite 1**
**Modesto, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,643.84 |
|---|---|---|---|

**A-Verdi**
**14150 Rte 31**
**Savannah, NY 13146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,866.17 |
|---|---|---|---|

**A. Duie Pyle, Inc.**
**PO Box 564**
**West Chester, PA 19381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/6/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,572.50 |
|---|---|---|---|

**Absolutely Clean**
**Joseph Hicks**
**6 East Ave**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2023**

Basis for the claim:  **Utility**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,548.05 |
|---|---|---|---|

**Acme Distribution**
**PO Box 17729**
**Denver, CO 80217-0729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,036.99 |
|---|---|---|---|

**AgDirect**
**PO Box 2409**
**Omaha, NE 68103-2409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2023**

Basis for the claim:  **Equipment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 16 of 42

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,674.88** |
|---|---|---|---|

**AgDirect/Farm Credit Leasing Services**
PO Box 2409
Omaha, NE 68103-2409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2023**

Basis for the claim: **Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,952.00** |
|---|---|---|---|

**Agra Marketing**
1170 E Lassen Ave, Ste B
Chico, CA 95973

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/9/2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Airgas East**
PO Box 734445
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,760.00** |
|---|---|---|---|

**Arbon Equipment Corporation**
25464 Network Place
Chicago, IL 60673-1254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2022**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **9138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,029.08** |
|---|---|---|---|

**ArcBest**
7020 Northern Blvd.
East Syracuse, NY 13057-9728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2/2022**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT&T**
P.O. Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,172.00** |
|---|---|---|---|

**ATS Logistics**
LBX 7130
Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.60 |
|---|---|---|---|

**Bay Alarm Co.**
PO Box 51041
Los Angeles, CA 90051

Date(s) debt was incurred 3/1/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,629.60 |
|---|---|---|---|

**Binghamton-Ithaca Express**
287 E Service Road
Binghamton, NY 13901

Date(s) debt was incurred 1/3/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,440.84 |
|---|---|---|---|

**bio365 Soil (retail receiving)**
606 Elmira Road
Ithaca, NY 14850

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,160.12 |
|---|---|---|---|

**Bottom Line Concepts LLC**
3323 NE 163rd Street
Suite 302
North Miami Beach, FL 33160

Date(s) debt was incurred 11/21/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,599.46 |
|---|---|---|---|

**Bouldin & Lawson**
PO Box 7177
McMinnville, TN 37111

Date(s) debt was incurred 2/1/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.00 |
|---|---|---|---|

**Bush Crane, Inc.**
13 Marshall Heights
Morrisville, NY 13408

Date(s) debt was incurred 3/15/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,695.65 |
|---|---|---|---|

**C. H. Robinson Worldwide, Inc.**
P.O. Box 9121
Minneapolis, MN 55480-9121

Date(s) debt was incurred 12/30/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 18 of 42

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,977.75 |
|---|---|---|---|
| | **Casella Waste Systems Inc**<br>**PO Box 1372**<br>**Williston, VT 05495-1372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/1/2023** | Basis for the claim: **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,110.30 |
|---|---|---|---|
| | **Cayuga Ag Enterprises, Inc.**<br>**4254 West Seneca Road**<br>**Trumansburg, NY 14886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/9/2023** | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,421.44 |
|---|---|---|---|
| | **Century Heating and Cooling**<br>**220 Boss Road**<br>**Syracuse, NY 13211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/1/2022** | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,627.16 |
|---|---|---|---|
| | **City National Bank (CNB Visa)**<br>**PO Box 54830**<br>**Los Angeles, CA 90054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit card purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.00 |
|---|---|---|---|
| | **Clean Chemicals**<br>**88 Winter Street**<br>**Holyoke, MA 01040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,800.00 |
|---|---|---|---|
| | **Cloudfund LLC**<br>**400 Rella Blvd., Suite 165-101**<br>**Suffern, NY 10901** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,608.41 |
|---|---|---|---|
| | **Collins Electrical Company, Inc.**<br>**Jodee Moore**<br>**3412 Metro Drive**<br>**Stockton, CA 95215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/9/2023** | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
| --- | --- | --- | --- |
| | **Cortland Commerce Center, LLC**<br>**165 Main Street, Suite 101**<br>**Cortland, NY 13045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2023** | Basis for the claim:  **Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,740.00** |
| --- | --- | --- | --- |
| | **Coyote Logistics LLC**<br>**PO Box 742636**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/1/2022** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,147.00** |
| --- | --- | --- | --- |
| | **D. Yaman Properties, LLC**<br>**Attn: David Yaman**<br>**165 Main Street, Suite 1**<br>**Cortland, NY 13045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2023** | Basis for the claim:  **Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.73** |
| --- | --- | --- | --- |
| | **De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2023** | Basis for the claim:  **Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Delta Bridge Funding**<br>**400 Rella Blvd. Suite 165-101**<br>**Suffern, NY 10901** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,512.00** |
| --- | --- | --- | --- |
| | **Dicaperl**<br>**1001 Conshohocken State Road, Ste. 1-500**<br>**West Conshohocken, PA 19428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/28/2023** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.86** |
| --- | --- | --- | --- |
| | **Direct Transport, Inc**<br>**PO Box 870**<br>**Wilsonville, OR 97070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/15/2023** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 20 of 42

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,689.80 |
|---|---|---|---|

**Dival Safety Equipment, Inc.**
**1721 Niagara St.**
**Buffalo, NY 14207**

Date(s) debt was incurred  2/17/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.45 |
|---|---|---|---|

**Drake Heating**
**437 Maple Street**
**Big Flats, NY 14814**

Date(s) debt was incurred  3/2/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**E & V Energy**
**1126 W Danby Rd**
**Newfield, NY 14867**

Date(s) debt was incurred  12/1/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,050.08 |
|---|---|---|---|

**ECU Trucking**
**Attn: Julio Milan**
**PO Box 227037**
**Miami, FL 33222**

Date(s) debt was incurred  8/23/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.50 |
|---|---|---|---|

**Expeditors**
**PO Box 2279**
**Portland, OR 97208-2279**

Date(s) debt was incurred  1/31/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,965.72 |
|---|---|---|---|

**Express Shipping Room Supply**
**Box 11071**
**Franklin Square Station**
**Syracuse, NY 13218**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,490.00 |
|---|---|---|---|

**Fahy-Williams Publishing**
**171 Reed Street**
**Geneva, NY 14456**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,616.23 |
|---|---|---|---|
| | **Farm Credit Leasing Services** | ☐ Contingent | |
| | **NW 9675** | ☐ Unliquidated | |
| | **PO Box 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485** | | |
| | Date(s) debt was incurred  __4/1/2023__ | Basis for the claim:  __Equipment__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,531.25 |
|---|---|---|---|
| | **Farnam Street Financial, Inc.** | ☐ Contingent | |
| | **5850 Opus Parkway, Suite 240** | ☐ Unliquidated | |
| | **Minnetonka, MN 55343** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,374.83 |
|---|---|---|---|
| | **First Insurance Funding** | ☐ Contingent | |
| | **PO BOX 7000** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  __4/1/2023__ | Basis for the claim:  __Loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,369.72 |
|---|---|---|---|
| | **Fountainhead SBF LLC** | ☐ Contingent | |
| | **3216 West Lake Mary Blvd.** | ☐ Unliquidated | |
| | **Lake Mary, FL 32746** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __PPP Loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,258.80 |
|---|---|---|---|
| | **Gardenscape** | ☐ Contingent | |
| | **PO Box 184** | ☐ Unliquidated | |
| | **Eau Claire, PA 16030** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/12/2023__ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number  __G-GRETRE__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.37 |
|---|---|---|---|
| | **Gerhart Systems and Controls Corp.** | ☐ Contingent | |
| | **P.O Box 580** | ☐ Unliquidated | |
| | **Tatamy, PA 18085** | ☐ Disputed | |
| | Date(s) debt was incurred  __11/17/2022__ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,048.50 |
|---|---|---|---|
| | **Global Pak** | ☐ Contingent | |
| | **PO Box 89** | ☐ Unliquidated | |
| | **Elkton, OH 44415** | ☐ Disputed | |
| | Date(s) debt was incurred  __8/30/2022__ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 22 of 42

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,093.42 |
|---|---|---|---|

**Global Tranz**
PO Box 203285
Dallas, TX 75320-3285

Date(s) debt was incurred  12/1/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,073.31 |
|---|---|---|---|

**Grainger**
Dept. 887233810
Palatine, IL 60038-0001

Date(s) debt was incurred  11/2/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,592.79 |
|---|---|---|---|

**Griffin (for bio365)**
PO Box 712937
Philadelphia, PA 19171-2937

Date(s) debt was incurred  7/29/2021

Last 4 digits of account number  5393

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,364.97 |
|---|---|---|---|

**Griffin (for GreenTree)**
PO Box 712937
Philadelphia, PA 19171-2937

Date(s) debt was incurred  1/25/2023

Last 4 digits of account number  9553

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hallam Engineering LLP**
38 Eastwood Drive, Suite 200
South Burlington, VT 05403

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,795.35 |
|---|---|---|---|

**Hawthorne Gardening Co.**
DMTA
PO Box 200054
Dallas, TX 75320

Date(s) debt was incurred  2/6/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,412.30 |
|---|---|---|---|

**Helena Chemical**
P.O. Box 198153
Atlanta, GA 30384-8153

Date(s) debt was incurred  9/30/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 23 of 42

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Holt of California**
**PO Box 100001**
**Sacramento, CA 95813**

Date(s) debt was incurred  3/14/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,221.63

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Homer Iron Works LLC**
**5130 US Route 11**
**Homer, NY 13077**

Date(s) debt was incurred  1/26/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$434.70

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Hydro Farm**
**PO Box 102326**
**Pasadena, CA 91189-2326**

Date(s) debt was incurred  1/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,440.16

---

**3.60**

**Nonpriority creditor's name and mailing address**

**IPM Labs- Greentree**
**980 Main Street**
**P.O. Box 300**
**Locke, NY 13092-0300**

Date(s) debt was incurred  1/14/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$46.20

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Irrometer Company, Inc.**
**Jason Andrews**
**1425 Palmyrita Ave**
**Riverside, CA 92507**

Date(s) debt was incurred  2/27/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$561.73

---

**3.62**

**Nonpriority creditor's name and mailing address**

**J.B. Hunt Transport, Inc.**
**PO Box 98545**
**Chicago, IL 60693-8545**

Date(s) debt was incurred  1/26/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$100,620.71

---

**3.63**

**Nonpriority creditor's name and mailing address**

**JEC Industrial Services**
**156 Clayton Ave**
**Stockton, CA 95206**

Date(s) debt was incurred  2/1/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$35,312.00

---

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 24 of 42

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,913.00 |
|---|---|---|---|

**Juniper Farms**
**PO Box 711716**
**Cincinnati, OH 45271**

Date(s) debt was incurred  9/1/2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,077.48 |
|---|---|---|---|

**Kalamata Capital LLC**
**7315 Wisconsin Avenue, Suite 950 East**
**Bethesda, MD 20814**

Date(s) debt was incurred  8/2/22

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,934.07 |
|---|---|---|---|

**Kimble, Inc.**
**1004 Sullivan Street**
**Elmira, NY 14901**

Date(s) debt was incurred  10/11/2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,655.40 |
|---|---|---|---|

**Klasmann-Deilmann**
**Klasmann-Deilmann Americas Inc.**
**350 S. Miami Ave. - Unite 3706**
**Miami, FL 33130**

Date(s) debt was incurred  11/1/2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,056.44 |
|---|---|---|---|

**Land Air Express**
**PO Box 503**
**Williston, VT 05495-0503**

Date(s) debt was incurred  6/16/2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Landstar Ranger, Inc.**
**P.O. Box 784293**
**Philadelphia, PA 19178-4293**

Date(s) debt was incurred  6/15/2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,120.31 |
|---|---|---|---|

**Lhoist**
**5230 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred  1/13/2023

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,467.66 |
|---|---|---|---|

**Linde Gas and Equipment Inc.**
**P.O Box 382000**
**Pittsburgh, PA 15250-8000**

Date(s) debt was incurred  **2/1/2023**

Last 4 digits of account number  **0964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,455.31 |
|---|---|---|---|

**Los Alamos Gardens**
**Healy & Associates, LLC**
**12400 Ventura Blvd., Suite 280**
**Lompoc, CA 93436**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,961.00 |
|---|---|---|---|

**Lowenberg Corporation (CAM)**
**235 Montgomery Street, Suite 800**
**San Francisco, CA 94104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.90 |
|---|---|---|---|

**Mancini-Ferrara & Sons**
**134 Ithaca Beer Dr.**
**Ithaca, NY 14850**

Date(s) debt was incurred  **3/1/2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.56 |
|---|---|---|---|

**Maximum Security Systems**
**106 Ridgehaven Drive**
**Vestal, NY 13850**

Date(s) debt was incurred  **12/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.40 |
|---|---|---|---|

**Michelli Measurement Group, Inc.**
**130 Brookhollow Esplanade**
**Harahan, LA 70123**

Date(s) debt was incurred  **3/10/2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,631.90 |
|---|---|---|---|

**National Grid**
**300 Erie Blvd West**
**Syracuse, NY 13202**

Date(s) debt was incurred  **3/1/2023**

Last 4 digits of account number  **5016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 26 of 42

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,699.60 |
| --- | --- | --- | --- |
| | **Natural Roots Hydroponics**<br>**472 Amherst St**<br>**Nashua, NH 03063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,311.32 |
| --- | --- | --- | --- |
| | **NorCal Perlite**<br>**Attn: Justin Clarke**<br>**2605 Goodrick Ave**<br>**Richmond, CA 94801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 3/14/2023 | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,258.79 |
| --- | --- | --- | --- |
| | **NYSEG**<br>**PO Box 847812**<br>**Boston, MA 02284-7812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 3/10/2022 | Basis for the claim: **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.98 |
| --- | --- | --- | --- |
| | **Orkin**<br>**P O BOX 7161**<br>**PASADENA, CA 91109-7161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 1/26/2023 | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number 2350 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Pacific Gas and Electric**<br>**PO BOX 997300**<br>**Sacramento, CA 95899** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Performance**<br>**3095 Humphrey Court**<br>**Turlock, CA 95380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,249.84 |
| --- | --- | --- | --- |
| | **Premier TECH**<br>**1881 West North Temple**<br>**Salt Lake City, UT 84116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 27 of 42

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,063.68** |
| --- | --- | --- | --- |
| | **ProAmpac**<br>**Attn: John Kuderka**<br>**25366 Network Place**<br>**Chicago, IL 60673-1253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/15/2023 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215,380.00** |
| --- | --- | --- | --- |
| | **Prosource Plus LLC**<br>**24 Cayuga Ave**<br>**Oakland, NJ 07436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/17/2022 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,974.66** |
| --- | --- | --- | --- |
| | **Rist Transport, LTD**<br>**369 Bostwick Rd**<br>**Phelps, NY 12532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/24/2023 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
| --- | --- | --- | --- |
| | **S-S Trucking**<br>**Socorro Sanchez**<br>**729 Hammer Hill Dr**<br>**Newman, CA 95360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/15/2023 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,042.17** |
| --- | --- | --- | --- |
| | **Sacred Garden**<br>**1300 Luisa Street Unit 2**<br>**Santa Fe, NM 87505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,315.44** |
| --- | --- | --- | --- |
| | **Skyworks**<br>**PO Box 74404**<br>**Cleveland, OH 44194-0504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/1/2023 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,164.62** |
| --- | --- | --- | --- |
| | **Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208-3918** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/10/20 | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 28 of 42

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.98 |
|---|---|---|---|

**Spectrum**
**Charter Communications**
**PO Box 6030**
**Carol Stream, IL 60197-6030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.50 |
|---|---|---|---|

**Spring Regulatory Sciences**
**6620 Cypresswood Dr, Ste 250**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.68 |
|---|---|---|---|

**Suburban Propane**
**PO Box 160**
**Whippany, NJ 07981-0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Summit Landscape & Const.**
**Attn: Joseph Gale**
**4203 Carr Hill Rd**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,600.00 |
|---|---|---|---|

**Sunterra Horticulture Inc**
**124 Bannister Road**
**Winnipeg, MB R2R 0S3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.01 |
|---|---|---|---|

**Sweeney's Pest Elimination**
**PO Box 119**
**Homer, NY 13077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**Thats Right Environmental Service**
**PO Box 5252**
**Modesto, CA 95352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.63 |

**The James B. Oswald Company**
PO Box 74784
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/29/2023

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,624.00 |

**The Pallet Shop**
PO Box 2827
Binghamton, NY 13903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2022

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,980.70 |

**Theriault & Hachey Peat Moss Ltd**
201 Ch Theriault-Hache
'Baie Sainte-Anne, NB E9A 1N7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2023

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,569.93 |

**Thompson & Johnson Equipment Co.**
6926 Fly Road
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2023

Basis for the claim:  **Equipment Lease**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Town of Ithaca Water**
PO Box 7143
Ithaca, NY 14851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Utility**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,689.73 |

**Toyota Industries Commercial Finance**
PO Box 660926
Dallas, TX 75266-0926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/2023

Basis for the claim:  **Equipment**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,240.63 |

**Uline**
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/29/2022

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 30 of 42

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Unique Funding**
**4601 Sheridan Street, Suite 501**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Loan__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,317.71** |
|---|---|---|---|

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/7/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,511.39** |
|---|---|---|---|

**UPS**
**PO Box 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/4/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$982.50** |
|---|---|---|---|

**Valley View Fabication & Machine**
**4272 Lamphier Road**
**Locke, NY 13092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324,745.31** |
|---|---|---|---|

**Van der Knaap USA**
**Attn: Walka Calderon**
**150 Acquistapace Road**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/7/2022__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vonage**
**PO Box 392415**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Utility__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Watt's Equipment Co., Inc.**
**17547 Comconex Rd**
**Manteca, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | bio365 LLC | Case number (if known) | 23-10180 |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.89 |
|---|---|---|---|
| | **Wells Fargo Equipment Finance**<br>**PO Box 77096**<br>**Minneapolis, MN 55480-7796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/1/2023 | Basis for the claim:  **Equipment Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428,500.00 |
|---|---|---|---|
| | **Westwood Funding Solutions LLC**<br>**4601 Sheridan Street, Suite 501**<br>**Hollywood, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/12/22 | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,479.21 |
|---|---|---|---|
| | **WM Corporate Services, Inc.**<br>**Attn: Payment Agent**<br>**PO Box 541065**<br>**Los Angeles, CA 90054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/1/2023 | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number  3008 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,996.87 |
|---|---|---|---|
| | **XPO Logistics, Inc.**<br>**29559 Network Place**<br>**Chicago, IL 60673-1277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/1/2022 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,149.01 |
|---|---|---|---|
| | **Yunis Realty Inc.**<br>**Attn:  Mary Jo Yunis**<br>**250 Troy Road**<br>**Ithaca, NY 14850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/1/2023 | Basis for the claim:  **Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Los Alamos Gardens**<br>**2900 Highway #135**<br>**Los Alamos, CA 93440** | Line  **3.72**<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 43,663.90 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,926,751.86 |

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 32 of 42

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    **2,970,415.76**

Debtor name    **bio365 LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **23-10180**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for premises at 1780 Industrial Drive, Stockton, CA.** | |
| State the term remaining — **10/31/33** | **1780 Industrial Drive, LP**<br>**Attn: Susan E. Lowenberg**<br>**235 Montgomery Street, Suite 800**<br>**San Francisco, CA 94104** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Contract No. 001-0104715-000, equipment lease.** | |
| State the term remaining — **09/09/23** | **AgDirect/Farm Credit Leasing Services**<br>**PO Box 2409**<br>**Omaha, NE 68103-2409** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Contract No. 001-0111237-000, equipment lease.** | |
| State the term remaining — **05/06/24** | **AgDirect/Farm Credit Leasing Services**<br>**PO Box 2409**<br>**Omaha, NE 68103** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for portion of premises at 839 Route 13, Cortlandville, NY.** | |
| State the term remaining — **month-to-month** | **Cortland Commerce Center, LLC**<br>**165 Main Street, Suite 101**<br>**Cortland, NY 13045** |
| List the contract number of any government contract | |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 34 of 42

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 30 Kellogg Road, Cortland, NY.** | |
|---|---|---|---|
| | State the term remaining | **05/01/30** | **D. Yaman Properties, LLC Attn: David Yaman 165 Main Street, Suite 1 Cortland, NY 13045** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Application No. 100-10222060, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | | **De Lage Landen Financial Services PO Box 41602 Philadelphia, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 5355183-5000, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | | **Farm Credit Leasing Services Corporation NW 9675 PO Box 1450 Minneapolis, MN 55485** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement No. BI041922, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **07/01/25** | **Farnam Street Financial, Inc. 5850 Opus Parkway, Suite 240 Minnetonka, MN 55343** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Technology License Agreement.** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Full Circle Biochar, Inc. 3135 Pacific Avenue San Francisco, CA 94115** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 1493742, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | | **Skyworks** |
| | List the contract number of any government contract | | **PO Box 74404** **Cleveland, OH 44194-0504** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease.** | |
|---|---|---|---|
| | State the term remaining | **5/31/27** | **Thompson & Johnson Equipment Co.** |
| | List the contract number of any government contract | | **6926 Fly Road** **East Syracuse, NY 13057** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease.** | |
|---|---|---|---|
| | State the term remaining | **6/7/27** | **Thompson & Johnson Equipment Co.** |
| | List the contract number of any government contract | | **6926 Fly Road** **East Syracuse, NY 13057** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50460589, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **10/1/24** | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50514955, 50496260, & 50462679, equipment leases.** | |
|---|---|---|---|
| | State the term remaining | **2/28/27** | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 36 of 42

<table>
<tr><td>█</td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50480929, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **6/20/25** | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50479135, 50479128, & 50479137, equipment leases.** | |
|---|---|---|---|
| | State the term remaining | **10/16/27** | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50456851, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **3/15/27** | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50458861, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | | **Toyota Industries Commercial Finance** |
| | List the contract number of any government contract | | **PO Box 660926** **Dallas, TX 75266** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 50486593, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **7/18/27** | **Watt's Equipment Co., Inc.** |
| | List the contract number of any government contract | | **17547 Comconex Rd** **Manteca, CA 95336** |

Case: 23-10180   Doc# 38   Filed: 04/26/23   Entered: 04/26/23 19:47:53   Page 37 of 42

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement No. 301-0359172-001, equipment lease.** | |
|---|---|---|---|
| | State the term remaining | **02/01/23** | |
| | List the contract number of any government contract | | **Wells Fargo Equipment Finance PO Box 77096 Minneapolis, MN 55480-7796** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 606 Elmira Road, Ithaca, NY.** | |
|---|---|---|---|
| | State the term remaining | **08/31/23** | |
| | List the contract number of any government contract | | **Yunis Realty, Inc. Attn: Mary Jo Yunis 250 Troy Road Ithaca, NY 14850** |

**Fill in this information to identify the case:**

Debtor name     **bio365 LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     **23-10180**

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Michael Klein** | **30 Kellogg Road**<br>**Cortland, NY 13045** | **Northview Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Michael Klein** | **30 Kellogg Road**<br>**Cortland, NY 13045** | **Kalamata Capital LLC** | ☐ D _____<br>■ E/F  **3.65**<br>☐ G _____ |
| 2.3 **Michael Klein** | **30 Kellogg Road**<br>**Cortland, NY 13045** | **Westwood Funding Solutions LLC** | ☐ D _____<br>■ E/F  **3.114**<br>☐ G _____ |
| 2.4 **Michael Klein** | **30 Kellogg Road**<br>**Cortland, NY 13045** | **Delta Bridge Funding** | ☐ D _____<br>■ E/F  **3.33**<br>☐ G _____ |
| 2.5 **Michael Klein** | **30 Kellogg Road**<br>**Cortland, NY 13045** | **Unique Funding** | ☐ D _____<br>■ E/F  **3.106**<br>☐ G _____ |

Case: 23-10180    Doc# 38    Filed: 04/26/23    Entered: 04/26/23 19:47:53    Page 39 of 42

| Debtor | **bio365 LLC** | Case number *(if known)* | **23-10180** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael Klein | 30 Kellogg Road<br>Cortland, NY 13045 | Farm Credit Leasing Services | ☐ D ____<br>■ E/F __3.43__<br>☐ G ____ |
| 2.7 | Michael Klein | 30 Kellogg Road<br>Cortland, NY 13045 | AgDirect | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.8 | Michael Klein | 30 Kellogg Road<br>Cortland, NY 13045 | AgDirect/Farm Credit Leasing Services | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.9 | Michael Klein | 30 Kellogg Road<br>Cortland, NY 13045 | City National Bank (CNB Visa) | ☐ D ____<br>■ E/F __3.25__<br>☐ G ____ |
| 2.10 | bio365 Cortland T, LLC | | D. Yaman Properties, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.5__ |

Fill in this information to identify the case:

Debtor name     **bio365 LLC**

United States Bankruptcy Court for the     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     **23-10180**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both 18 U S C §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct

- ☑ *Schedule A/B Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct

Executed on     **April 26, 2023**          X _____
                                            Signature of individual signing on behalf of debtor

                                            **Robert Marcus**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

AgDirect
PO Box 2409
Omaha, NE 68103-2409

Clean Chemicals
88 Winter Street
Holyoke, MA 01040

Cloudfund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Delta Bridge Funding
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

Farm Credit Leasing Services
NW 9675
PO Box 1450
Minneapolis, MN 55485

Los Alamos Gardens
Healy & Associates, LLC
12400 Ventura Blvd., Suite 280
Lompoc, CA 93436

Los Alamos Gardens
2900 Highway #135
Los Alamos, CA 93440

Natural Roots Hydroponics
472 Amherst St
Nashua, NH 03063

Sacred Garden
1300 Luisa Street Unit 2
Santa Fe, NM 87505

Unique Funding
4601 Sheridan Street, Suite 501
Hollywood, FL 33021


Wells Fargo Equipment Finance          [To be deleted]
300 Tri-State International
Suite 400
Lincolnshire, IL 60069