KEVIN H. MORSE, State Bar No. 253066
kmorse@clarkhill.com
CLARK HILL PLC
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone: (312) 985-5556
Facsimile: (312) 517-7593

Proposed Counsel for Debtor-in-Possession
BIO365 LLC

The following constitutes the order of the Court.
Signed: May 2, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>BIO365 LLC<br><br>Debtor | Case No. 23-10180<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR NOTICE AND SPECIALLY SETTING HEARING DATE ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT DIRECTING, DEBTOR TO PAY WAREHOUSEMAN'S LIEN OF ACME DISTRIBUTION CENTERS. INC. FOR RELEASE OF PRODUCT**<br><br>Date:  May 3, 2023<br>Time:  10:30 a.m.<br>Place:<br>1300 Clay St, Ctrm 220/Zoom<br>Oakland, California 94612 |

The Court having considered the application ("Application") filed by Bio365 LLC, debtor and debtor in possession (the "Debtor"), for an order shortening time for service of notice and a hearing with respect *Motion for Entry of an Order Authorizing, but not Directing, Debtor to Pay Warehouseman's Lien of Acme Distribution for Release of Product* [Docket No. 47] (the "Warehouse Lien Motion"); having considered all pleadings and evidence in connection the Application, including the *Declaration of Robert Marcus in Support of Motion for Entry of an Order*

*Authorizing, but not Directing, Debtor to Pay Warehouseman's Lien of Acme Distribution for Release of Product*, attached to the Warehouse Lien Motion as <u>Exhibit A</u>, and good cause appearing for the relief requested in the Application;

IT IS HEREBY ORDERED that:

1. The Application is granted.

2. The time for notice on the Warehouse Lien Motion is hereby shortened. The hearing will be held on May 3, 2023 at 10:30 a.m.

3. The Debtor shall provide notice of the hearing on the Warehouse Lien Motion via electronic mail to the Office of the U.S. Trustee, Subchapter V Trustee, secured creditors, the 7 largest unsecured creditors, and Acme (as defined in the Warehouse Lien Motion).

4. Any opposition to the Warehouse Lien Motion shall be heard at the hearing.

**END OF PROPOSED ORDER**

COURT SERVICE LIST

Michael Klein
30 Kellogg Road
Cortland, NY 13045