

Kimberly Ross Clayson, MI Bar No. P69804
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500 Southfield, MI 48034
Phone: 248-727-1635
Email; kclayson@taftlaw.com

The following constitutes the order of the Court.
Signed: May 3, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re BIO365 LLC

Debtor(s).

Case No. 23-10180

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kimberly Ross Clayson, whose business address and telephone number is 27777 Franklin Road, Suite 2500, Southfield, MI 48034; Telephone: 248-727-1635

and who is an active member in good standing of the bar of Michigan having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Northview Capital LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

**Service List**